FILED
JUN 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08CR 1942 BEN |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 26, U.S.C., Sec. 5861(d) - Possession of an Unregistered Firearm (Felony) |
| ROSMAN RICARDO ORTEGA, | |
| Defendant. | |

The United States Attorney Charges:

On or about May 13, 2008, within the Southern District of California, defendant ROSMAN RICARDO ORTEGA did willfully and unlawfully possess a firearm, to wit: a shotgun, having barrels less than 18 inches in length and an overall length less than 26 inches in length, which had not been registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d), a felony.

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

GEORGE V. MANAHAN
Assistant U.S. Attorney