# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ROSMAN RICARDO ORTEGA | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08CR1942-BEN |

I, _____ROSMAN RICARDO ORTEGA_____, the above named defendant, who is accused of

Possession of an Unregistered Firearm, in violation of Title 26, United States Code, Section 5861(D), a felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____JUNE 12, 2008_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

FILED
JUN 1 2 2008

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd